```
 1  GAIL C. TRABISH, ESQ. (#103482)
    BOORNAZIAN, JENSEN & GARTHE
 2  A Professional Corporation
    555 12th Street, Suite 1800
 3  P. O. Box 12925
    Oakland, CA  94604-2925
 4  Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
 5
    Attorneys for Defendant
 6  TARGET STORES, a division
    of Target Corporation, erroneously
 7  sued herein as Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NORMA A. GODOY, | Case No.: C-07-04672 MEJ |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS** |
| vs. | |
| TARGET CORPORATION, et al., | |
| Defendants. | |
| | Complaint Filed: July 30, 2007 |

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1. **Order Setting Initial Case Management Conference and ADR Deadlines;**

-1-
CERTIFICATE OF SERVICE – Case No.: C-07-04672 MEJ

    2.    **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

    3.    **Dispute Resolution Procedures in the Northern District of California;**

    4.    **Welcome to the U.S. District Court Handout**

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Matthew N. White, Esq.                **Attorneys for Plaintiff**
Law Offices of Matthew N. White
1000 Fourth Street, Ste. 600
San Rafael, CA  94901
(415) 453-1010  Phone
(415) 456-1921  Fax

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at Oakland, California, on September 21, 2007.

                                                             _____
                                                               Alexine L. Braun

GCT01\414782