1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                          NORTHERN DISTRICT OF CALIFORNIA
8
   Norma A. Godoy,
9                                                   No. C 07-04672 MEJ
10              Plaintiff(s),                       **CONSENT TO PROCEED BEFORE A**
                                                    **UNITED STATES MAGISTRATE JUDGE**
11      v.
   Target Corporation, et al.
12
13              Defendant(s).
                                              /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: October 11, 2007                        _____/s/_____
                                                   Signature
22
                                                   Counsel for   Def. TARGET STORES
23                                                 (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Matthew N. White, Esq.               **Attorneys for Plaintiff**
Law Offices of Matthew N. White
1000 Fourth Street, Ste. 600
San Rafael, CA  94901
(415) 453-1010  Phone
(415) 456-1921  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on October _11_, 2007.

_____
Alexine L. Braun

GCT01\414782

-2-
CONSENT TO PROCEED – Case No.: C-07-04672 MEJ