Matthew N. White (SBN 088336)
LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE
Courthouse Square, Suite 600
1000 Fourth Street
San Rafael, CA 94901-3182
Telephone: (415) 453-1010
Facsimile: (415) 456-1921

**Attorneys for Plaintiff NORMA A. GODOY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. GODOY, | Case No. C-07-04672 MEJ |
| Plaintiff, | [Marin County Case No. CV-073570] |
| vs. | **STIPULATION TO LIMIT DAMAGES** |
| TARGET CORPORATION; and DOES 1 TO 100, | |
| Defendants. | |

The parties to this action, by and through their attorneys, agree as follows:

1. Plaintiff, Norma Godoy, limits her claim for damages in this action to $74,999.

2. The federal court no longer having jurisdiction of this claim, the matter will be remanded to state court for all further proceedings.

///

///

///

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Norma A. Godoy v. Target Corporation* – Case NO. C-07-04672 MEJ
Stipulation to Limit Damages – Page 1

3. Plaintiff's agreement to limit her claim for damages will be binding in state court after remand.

11/7/07
Dated

*(signature)*
NORMA A. GODOY, Plaintiff


LAW AND MEDIATION OFFICES
OF MATTHEW N. WHITE

11/7/07
Dated

*(signature)*
By: Matthew N. White
Attorneys for Plaintiff
NORMA A. GODOY


BOORNAZIAN, JENSEN & GARTHE

11/14/07
Dated

*(signature)*
By: Gail C. Trabish
Attorneys for Defendant TARGET STORES
a division of Target Corporation

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Norma A. Godoy v. Target Corporation* – Case NO. C-07-04672 MEJ
Stipulation to Limit Damages – Page 2

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION TO LIMIT DAMAGES**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Matthew N. White, Esq.　　　　　　　　**Attorneys for Plaintiff**
Law Offices of Matthew N. White
1000 Fourth Street, Ste. 600
San Rafael, CA 94901
(415) 453-1010 Phone
(415) 456-1921 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 16, 2007.

_____
ALEXINE BRAUN

25111\419330