GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. GODOY,<br><br>            Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, et al.,<br><br>            Defendants. | Case No.: C-07-04672 MEJ<br><br>[Marin County Superior Court Case No.: CV 073570]<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br>Complaint Filed:  July 30, 2007 |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

The above captioned case is remanded to Marin County Superior Court.

DATED:

By: _____
U.S. MAGISTRATE JUDGE
MARIA-ELENA JAMES

25111\419330

-1-

[PROPOSED] ORDER REMANDING CASE TO STATE COURT – Case No.:  C-07-04672 MEJ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER REMANDING CASE TO STATE COURT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Matthew N. White, Esq.                **Attorneys for Plaintiff**
Law Offices of Matthew N. White
1000 Fourth Street, Ste. 600
San Rafael, CA  94901
(415) 453-1010  Phone
(415) 456-1921  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 16, 2007.

_____
ALEXINE BRAUN

25111\419330

-2-
[PROPOSED] ORDER REMANDING CASE TO STATE COURT – Case No.:   C-07-04672 MEJ