**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                            General Court Number
Clerk                                                                                                                                             415.522.2000

November 21, 2007

Superior Court of California
County of Marin
3501 Civic Center Drive
P.O.Box 4988
San Rafael, CA 94903


RE: CV 07-04672 MEJ    NORMA A. GODOY-v-TARGET CORPORATION
      Your Case Number: (CV 073570)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

      (X)      Certified copies of docket entries

      (X)      Certified copies of Remand Order

      ()      Other

Please acknowledge receipt of the above documents on the attached copy of this letter.


                              Sincerely,

                              RICHARD W. WIEKING, Clerk


                              by: Gloria Acevedo
                              Case Systems Administrator
                              To The Honorable Maria-Elena James


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg